IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01832-REB-MEH

GIOVANNI LARATTA,

      Plaintiff,

v.

MICK MCCORMAC,

      Defendants.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 25, 2010.**

Plaintiff's Motion for a More Definite Statement [filed January 22, 2010; docket #25] is **denied**. A motion to dismiss is not a "pleading to which a responsive pleading is allowed" under Fed. R. Civ. P. 12(e). *See* Fed. R. Civ. P. 7(a) (2009). However, even assuming such motion is considered a "pleading" under Rule 12(e), Plaintiff fails to demonstrate that the motion is "so vague or ambiguous" that he cannot reasonably prepare a response.