IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01832-REB-MEH

GIOVANNI LARATTA,

    Plaintiff,

v.

MICK MCCORMAC,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 12, 2010.**

    Plaintiff's Motion for Leave to File an Amended Complaint [filed February 25, 2010; docket #47] is **denied without prejudice** for failure to attach a proposed Third Amended Complaint. If he desires, the Plaintiff may re-file the motion with an attached proposed pleading, but he must be mindful that he may not bring a new claim against a new party that is unrelated to the existing claims in this action. *See* Fed. R. Civ. P. 15.