IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01832-REB-MEH

GIOVANNI LARATTA,

    Plaintiff,

v.

MICK MCCORMAC,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 20, 2010.**

    In light of Judge Blackburn's August 24, 2010 order, Plaintiff's Motion to Permit Discovery [filed September 14, 2010; docket #66] is **denied**.