**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 09-cv-01832-REB-MEH

GIOVANNI LARATTA,

      Plaintiff,

v.

MICK McCORMAC,

      Defendant.

---

**ORDER ADOPTING RECOMMENDATION OF
UNITED STATES MAGISTRATE JUDGE**

---

**Blackburn, J.**

This matter is before me on the following: (1) the defendant's **Motion for Summary Judgment** [#68][1] filed September 14, 2010; and (2) the **Recommendation on Motion for Summary Judgment** [#76] filed February 7, 2011. The plaintiff has not filed objections to the recommendation. I approve and adopt the recommendation, grant the motion for summary judgment, and dismiss this case.

Because the plaintiff is proceeding *pro se*, I have construed his pleadings and other filings more liberally and held them to a less stringent standard than formal pleadings drafted by lawyers. **See Erickson v. Pardus**, 551 U.S. 89, 94 (2007); **Andrews v. Heaton**, 483 F.3d 1070, 1076 (10th Cir. 2007); **Hall v. Bellmon**, 935 F.2d 1106, 1110 (10th Cir. 1991). The plaintiff did not file objections to the recommendation and, therefore, I review the recommendation only for plain error. **See Morales-**

---

[1] "[#68]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

*Fernandez v. Immigration & Naturalization Service*, 418 F.3d 1116, 1122 (10th Cir. 2005).[2] Finding no error, much less plain error, in the magistrate judge's recommended disposition, I approve and adopt the recommendation and grant the motion for summary judgment.

The plaintiff alleges in his complaint [#65] that his right to due process of law was violated in the course of a prison disciplinary proceeding and because he was given inadequate notice that a letter that the plaintiff sought to send to another person had been confiscated. For the reasons stated by the magistrate judge, I conclude that the defendant is entitled to summary judgment on the plaintiff's due process claims.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Recommendation of United States Magistrate Judge** [#76] filed February 7, 2011, is **APPROVED** and **ADOPTED** as an order of this court;

2. That the defendant's **Motion for Summary Judgment** [#68] filed September 14, 2010, is **GRANTED**;

3. That the due process claims asserted by the plaintiff in his **Third Amended Prisoner Complaint** [#65] filed August 24, 2010, are **DISMISSED WITH PREJUDICE**;

4. That **JUDGMENT SHALL ENTER** in favor of the defendant, Mick McCormac, against the plaintiff, Giovanni Laratta;

5. That the defendant is **AWARDED** his costs to be taxed by the Clerk of the Court under FED. R. CIV. P. 54(d)(1) and D.C.COLO.LCivR 54.1; and

---

[2] This standard pertains even though plaintiff is proceeding *pro* se in this matter. ***Morales-Fernandez***, 418 F.3d at 1122.

6. That this case is **CLOSED**.

Dated April 21, 2011, at Denver, Colorado.

**BY THE COURT:**

Bob Blackburn
Robert E. Blackburn
United States District Judge